# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERRY SUSAN KHODER AND
IBRAHIM KHODER

NO.  2021 CW 1426

VERSUS

ZHOU JIAN PING AND AL SULTAN
GREEK AND LEBANESE
RESTAURANT, LLC

**FEBRUARY 14, 2022**

---

In Re:    Zhou Jian Ping and Jefferson View Shopping Center of
Baton Rouge, LLC, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 657386.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.**  This court requires a copy of the
transcript of the September 27, 2021 hearing on the motion for
summary judgment.   Supplementation of this writ application
and/or an application for rehearing will not be considered.
Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of
Appeal.

In the event relators seek to file a new application with
this court, it must contain the missing item noted above, and
must comply with Rule 2-12.2 of the Uniform Rules of Louisiana
Courts of Appeal. Any new application must be filed on or before
March 15, 2022, and must contain a copy of this ruling.

**PMc**
**JEW**

**Theriot, J.**, dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT